UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DAVID A. WILLIAMS,

                                Plaintiff,

            v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                                Defendant.
---------------------------------------------------------------x

Civil Action No.: 2:21-cv-04562

(Seybert, J.)

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff, DAVID A. WILLIAMS, and counsel for the defendant, ACTING COMMISSIONER OF SOCIAL SECURITY ("the Commissioner"), that pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision dated January 13, 2021, is reversed, and the plaintiff's claims for disability insurance benefits, filed on April 17, 2019, is remanded for further administrative proceedings. Upon remand, the Administrative Law Judge will, *inter alia*: (1) properly assess the severity of Plaintiff's headaches at step two of the sequential evaluation process, addressing Social Security Ruling 19-4p, if appropriate; (2) properly evaluate medical opinions and prior administrative medical findings in accordance with 20 C.F.R. § 404.1520c; (3) formulate a well-reasoned residual functional capacity finding with citations to supporting evidence; (4) obtain additional medical evidence and further develop the record, if necessary; (5) offer Plaintiff the opportunity for a new hearing, take further action to complete the administrative record resolving the foregoing issues, and issue a new decision.

2

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: August 15, 2022                PIERRE PIERRE LAW, P.C.
                                                           211 East 43rd Street, Suite 608
                                                           New York, NY 10017

                                       By:    */s/ Eddy Pierre Pierre*
                                                           EDDY PIERRE PIERRE, ESQ.
                                                           (646) 992-8383
                                                           fedcourt@pierrepierrelaw.com

Dated: August 15, 2022

                                                           BREON PEACE
                                                           *Attorney for Defendant*
                                                           United States Attorney
                                                           Eastern District of New York
                                                           271 Cadman Plaza East, 7th Floor
                                                           Brooklyn, New York 11201

                                       By:    */s/ Pamela McKimens*
                                                           PAMELA MCKIMENS
                                                           Special Assistant United States Attorney
                                                           (816) 936-5768
                                                           pam.mckimens@ssa.gov

SO ORDERED:

/s/ JOANNA SEYBERT            Dated: August 17, 2022
HONORABLE JOANNA SEYBERT                   Central Islip, New York
UNITED STATES DISTRICT JUDGE